Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of mosaics, entitled to free entry under paragraph 1774, as amended, *supra*, and that the necessary customs forms are now in evidence as exhibits 1 and 2, the claim of the plaintiffs was sustained.

**No. 61030.**—E. Leitz, Inc., et al. *v.* United States, protests 286128–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 61031.**—Manca, Inc., and E. Leitz, Inc. *v.* United States, protests 286688–K and 286130–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

BEFORE THE SECOND DIVISION, JULY 10, 1957

**No. 61032.**—Keuffel & Esser Co. et al. *v.* United States, protests 276478–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the boxes the subject of Abstract 59557, the claim of the plaintiffs was sustained.